JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SUSAN SCARAFIA, ) | Case No. CV 08-7263-MLG |
|       Plaintiff, ) | JUDGMENT |
|   v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the ) Social Security Administration, ) | |
|       Defendant. ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: May 15, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge